DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RELIFORD COOPER, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1245

———————————————

March 20, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.